1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY C. BONTEMPS,                    No.  2:19-cv-1537 TLN DB P

12                Plaintiff,

13         v.                                 FINDINGS AND RECOMMENDATIONS

14    R. THOMAS,

15                Defendant.

16

17         Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

18    1983.  On October 10, 2019, the undersigned recommended that plaintiff's motion to proceed in

19    forma pauperis be denied because plaintiff accrued three strikes under 28 U.S.C. § 1915(g) prior

20    to filing the present action.  (ECF No. 8.)  On December 2, 2020, the district judge assigned to

21    this action adopted the findings and recommendations and directed plaintiff to pay the filing fee

22    within thirty days or face dismissal of the case.  (ECF No. 10.)  Those thirty days have passed,

23    and plaintiff has not paid the filing fee or otherwise responded to the court's orders.

24         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

25    prejudice.

26         These findings and recommendations are submitted to the United States District Judge

27    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

28    after being served with these findings and recommendations, plaintiff may file written objections

with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: February 4, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Civil.Rights/bont1537.f&r.fee